UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| MICHAEL LANG,<br><br>  Plaintiff(s),<br><br>  v.<br><br>DOUGLAS AT STONELAKE,<br><br>  Defendant(s). | Case No.2:24-CV-1682  JCM (BNW)<br><br>ORDER |

   Presently before the court is Magistrate Judge Weksler's report and recommendation ("R&R") to dismiss this action without prejudice. (ECF No. 9).  The court may dismiss an action based on a party's failure to prosecute his case or comply with a court order. (*Id*. at 1).  After considering the factors set forth in *Malone v. U.S. Postal Serv.*, 833 F.2d 128 (9th Cir. 1987), Judge Weksler recommends that this case be dismissed. (*Id*. at 2).

   No objections were filed to the R&R.  Thus, the court is not obligated to conduct a de novo review of the R&R.  28 U.S.C. § 636(b)(1) (requiring courts to "make a de novo determination of those portions of the report or specified proposed findings to which objection is made"); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) ("[T]he district judge must review the magistrate judge's findings and recommendations de novo if objection is made, but not otherwise.").

   Accordingly,

   IT IS HEREBY ORDERED, ADJUDGED, and DECREED that Judge Weksler's R&R (ECF No. 9) be, and the same hereby is, ADOPTED, in full.

. . .

. . .

1       IT IS FURTHER ORDERED that this action is DISMISSED without prejudice.  The clerk
2 of the court is INSTRUCTED to enter judgment in favor of defendant and close this case.
3     DATED March 31, 2025.

                                                               _____
                                                                 UNITED STATES DISTRICT JUDGE

- 2 -